UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARTER and DIEGO ORNELAS, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>  v.<br><br>DUDE PRODUCTS, INC.,<br><br>                      Defendant. | Case No.: 25-cv-663-RSH-KSC<br><br>**ORDER DISMISSING CASE** |

    Plaintiffs filed this putative class action lawsuit on March 20, 2025. ECF No. 1. On October 1, 2025, the Court granted Defendant's motion to dismiss [ECF No. 14], and gave Plaintiffs fourteen (14) days from the date the order was entered to file an amended pleading. ECF No. 17. In its order, the Court advised Plaintiffs that failure to comply with this deadline would result in the dismissal of their action. *Id.* To date, Plaintiffs have not filed an amended complaint. The Court therefore **DISMISSES** this action. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

    Dated: November 4, 2025

                                                Hon. Robert S. Huie
                                                United States District Judge