

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Benjamin Karter, individually and on behalf of all others similarly situated; Diego Ornelas, individually and on behalf of all others similarly situated<br><br>                                      **Plaintiff,**<br><br>                  V.<br><br>Dude Products, Inc., doing business as Dude Wipes<br><br><br>                                      **Defendant.** | **Civil Action No.**  25-cv-0663-RSH-KSC<br><br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court therefore DISMISSES this action. The case is hereby closed.

| | |
|---|---|
| **Date:**       11/4/25 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ S. Nyamanjiva<br>                                      S. Nyamanjiva, Deputy |